IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE WILLIAMS,

    Plaintiff,

v.

GARY H. HAMBLIN, WILLIAM POLLARD, DONALD STRAHOTA, JEFFREY GARBELMAN and GARY ANKARLO,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-470-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Gary H. Hamblin, William Pollard, Donald Strahota, Jeffrey Garbelman and Gary Ankarlo, granting their motion for summary judgment and dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____       6/5/13
Peter Oppeneer, Clerk of Court     Date